UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANAL PAULS,

       Petitioner,

                               CIVIL NO. 2:14-CV-10779
v.                             HONORABLE SEAN F. COX
                               UNITED STATES DISTRICT COURT

BONITA HOFFNER,

       Respondent.
_____/

## OPINION AND ORDER DENYING THE
## MOTION FOR A CERTIFICATE OF APPEALABILITY

On March 25, 2017, this Court denied petitioner's habeas application that had been brought pursuant to 28 U.S.C. § 2254 and also denied petitioner a certificate of appealability and leave to appeal *in forma pauperis*. *Pauls v. Hoffner*, No. 2:14-CV-10779; 2016 WL 1170805 (E.D. Mich. March 25, 2016). The United States Court of Appeals for the Sixth Circuit subsequently denied petitioner's application for a certificate of appealability, his motion for leave to proceed *in forma pauperis,* and dismissed the appeal. *Pauls v. Hoffner,* No. 16-1516 (6th Cir. November 17, 2016).

Pending before the Court is petitioner's "Motion For Relief From Judgment," requesting that this Court grant him a certificate of appealability.

In light of the fact that the Sixth Circuit has denied petitioner a certificate of appealability and dismissed petitioner's appeal, the motion for a certificate of appealability will be denied as moot. *See Woodberry v. Bruce,* 203 F.App'x 186, 189 (10th Cir. 2006). The Sixth Circuit's denial of petitioner's motion for a certificate of appealability and the dismissal of petitioner's prior appeal divested this Court of any power to grant petitioner a certificate of appealability on the issues he previously appealed and lost on before the Sixth Circuit. *Id.*

IT IS ORDERED that petitioner's "Motion For Relief From Judgment," which in essence is a motion for a certificate for appealablity [Dkt. # 14] is **DENIED AS MOOT.**

SO ORDERED.

> s/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated: July 11, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2017, by electronic and/or ordinary mail.

> s/Jennifer McCoy
> Case Manager